IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cv. No.   04-2194-D/P |
| | ) | |
| MARCUS BOYD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FILED BY ___ D.C.

05 JUL 18 AM 10:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ORDER GRANTING GOVERNMENT'S MOTION FOR PERMISSION
TO REPLY TO MOTION FILED PURSUANT TO TITLE 28 U.S.C. § 2255

Upon motion of the United States, it appears that the government will need to reply to Petitioner's memorandum and will need additional time to so. For good cause shown, it is therefore

ORDERED that the United States shall file a response within forty-five (45) days of entrance of this order.

_____
Judge Bernice Donald
United States District Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____  4

14

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02194 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Marcus Boyd
17084-076
P.O. Box 1000
US Penitentiary
Leavenworth, KS 66048

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT