IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -2 PM 1:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cv. No. 04-2194-D/P |
| MARCUS BOYD, | ) |
| Defendant. | ) |

---

### ORDER ALLOWING BRIEF IN EXCESS OF PAGE LIMITATION

---

Upon written motion of the United States and for good cause shown, it is hereby

ORDERED that the United States shall be allowed to file and have considered its Reply to Memorandum of Facts and Law in Support of Motion Filed Pursuant to Title 28 U.S.C. § 2255, notwithstanding the twenty-two (22) page length.

_____
Bernice Donald, Judge
United States District Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02194 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marcus Boyd
17084-076
P.O. Box 1000
US Penitentiary
Leavenworth, KS 66048

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT